1  SHARTSIS FRIESE LLP
   ARTHUR J. SHARTSIS (Bar #51549)
2  ashartsis@sflaw.com
   RICHARD F. MUNZINGER (Bar #217902)
3  rmunzinger@sflaw.com
   One Maritime Plaza, Eighteenth Floor
4  San Francisco, CA  94111
   Telephone:  (415) 421-6500
5  Facsimile:  (415) 421-2922

6  Attorneys for Defendant
   OLD REPUBLIC INSURANCE COMPANY,
7  a corporation

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   WELLS FARGO BANK, N.A., a national          Case No.  CV-09-5818 (BZ)
12 banking association,
                                               **STIPULATION AND [PROPOSED]
13              Plaintiff,                     ORDER CONTINUING HEARING ON
                                               MOTION FOR SUMMARY JUDGMENT**
14 v.

15 OLD REPUBLIC INSURANCE
   COMPANY, a corporation,
16                                             Complaint filed: December 11, 2009
                Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

Case No.
CV-09-5818            STIPULATION AND [PROPOSED] ORDER CONTINUING
                            MOTION ON SUMMARY JUDGMENT

8086\001\RMUNZINGER\1666041.1

## STIPULATION

The parties to the above-referenced action hereby stipulate and agree to continue the hearing on the motion for summary judgment of Old Republic Insurance Company and any other matters currently scheduled for August 11, 2010. As per the letter to the Court of August 6, 2010, the parties have reached a settlement-in-principle. The parties will contact the Court to reschedule the hearing for a date convenient to the Court if they are unable to finalize the settlement.

DATED: August 10, 2010

BUTLER RUBIN SALTARELLI & BOYD LLP

By: _____
IRA J. BELCOVE

Attorneys for Defendant
OLD REPUBLIC INSURANCE COMPANY

DATED: August 10, 2010

FAEGRE & BENSON LLP

By: _____
RIKKE DIERSSEN-MORICE

Attorneys for Plaintiff
WELLS FARGO BANK N.A.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No.
CV-09-5818

- 1 -
STIPULATION AND [PROPOSED] ORDER CONTINUING
MOTION ON SUMMARY JUDGMENT

8086\001\RMUNZINGER\1666041.1

**ORDER**

Based on the stipulation of the parties above, the Court orders that the hearing on the motion for summary judgment of Old Republic Insurance Company and all other matters currently scheduled for August 11, 2010 be continued, to be rescheduled for a later date if the parties are unable to finalize their settlement-in-principle. A further case management conference is set for September 30, 2010 at 2:00 p.m.

DATED:   August 10, 2010

IT IS SO ORDERED
Judge Phyllis J. Hamilton

HON. PHYLLIS HAMILTON
District Judge

464658v1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111