By Fax

1  MICHAEL R. HASSAN (IL Bar No. 1151509)
   mhassan@butlerrubin.com
2  (Pro Hac Vice)
   IRA J. BELCOVE (IL Bar No. 6196312)
3  ibelcove@butlerrubin.com
   (Pro Hac Vice)
4  BUTLER RUBIN SALTARELLI & BOYD, LLP
   70 West Madison Street, Suite 1800
5  Chicago, IL 60602
   Telephone: (312) 444-9660
6  Facsimile: (312) 444-9287

7  SHARTSIS FRIESE LLP
   ARTHUR J. SHARTSIS (Bar #51549)
8  ashartsis@sflaw.com
   RICHARD F. MUNZINGER (Bar #217902)
9  rmunzinger@sflaw.com
   One Maritime Plaza, Eighteenth Floor
10 San Francisco, CA 94111
   Telephone: (415) 421-6500
11 Facsimile: (415) 421-2922

12 Attorneys for Defendant
   OLD REPUBLIC INSURANCE COMPANY

RECEIVED SEP - 8 2010 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC INSURANCE COMPANY, a corporation,<br><br>Defendant. | Case No.: 4:09-cv-05818-PJH<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), with each party to bear its own costs and fees.

DATED: September 7, 2010

FAEGRE & BENSON LLP

By: _____
RIKKE DIERSSEN-MORICE
(admitted *pro hac vice*)

Attorney for Plaintiff
WELLS FARGO BANK N.A.

DATED: September 7, 2010

BUTLER RUBIN SALTARELLI & BOYD, LLP

By: _____
IRA J. BELCOVE
(admitted *pro hac vice*)

Attorney for Defendant
OLD REPUBLIC INSURANCE COMPANY

**IT IS SO ORDERED.**

DATED: September 9, 2010

_____
IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA